UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                                                           CASE NO.: 24-02538
                                                                                                                            CHAPTER 13

**Jessica Ann Funk,**
     **Debtor.**

_____/

## REQUEST FOR SERVICE

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

               **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                           **13010 MORRIS ROAD, SUITE 450**
                                **ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Attorney for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 07004
                                                 Telephone: 470-321-7112
                                                 Facsimile: 404-393-1425

                                                 By: /s/Robert Shearer
                                                      Robert Shearer
                                                      Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on October 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JESSICA ANN FUNK
443 FOLLIES RD
DALLAS, PA 18612

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH STR
HARRISBURG, PA 17102

        By: /s/ Journie Morosky