UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| In re:<br><br>JESSICA FUNK<br><br>Debtor(s), | Bankruptcy No: 5:24-bk-02538-MJC<br><br>Chapter: 13<br><br>Judge: Honorable Mark J. Conway |
|---|---|

## ORDER GRANTING MOTION TO EXTEND TIME
## TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, Dkt. # 12 ("Motion"), counsel's certification that proper notice was provided and good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file the schedules, statements and any and all other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 **on or before November 15, 2024** or the case may be dismissed without further notice or hearing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 4, 2024