United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02538-MJC

Jessica Ann Funk  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 08, 2024     Form ID: ntnew341     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jessica Ann Funk, 443 Follies Rd, Dallas, PA 18612-9532 |
| 5658814 | | Fidelity Dep & Disc Ba, 5338 Washington Avenue, Scranton, PA 18503 |
| 5658817 | | Lake-Lehman School District, 1237 Market St, Lehman, PA 18627 |
| 5658818 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5658825 | | Robertson, Anschutz, Schneid, Crane & Partners, PL, c/o Kayleigh Zeron, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 5658826 | | Service Electric Cable TV and Communications, Inc., 2260 Avenue A LVIP #1, Bethlehem, PA 18017 |
| 5658830 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 5658831 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2024 18:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5658808 | | Email/Text: bncnotifications@pheaa.org | Nov 08 2024 18:35:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5658809 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2024 18:40:12 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5658811 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2024 18:35:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5658812 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2024 18:40:08 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5658813 | | Email/Text: mrdiscen@discover.com | Nov 08 2024 18:35:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5660352 | | Email/Text: mrdiscen@discover.com | Nov 08 2024 18:35:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5662404 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 08 2024 18:35:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 5658815 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2024 18:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5658810 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 08 2024 18:40:13 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203 |
| 5658816 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2024 18:35:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5658819 | | Email/Text: camanagement@mtb.com | Nov 08 2024 18:35:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5661723 | + | Email/Text: RASEBN@raslg.com | | |

| | | | |
|---|---|---|---|
| | | Nov 08 2024 18:35:00 | Newrez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5658821 | Email/Text: fesbank@attorneygeneral.gov | Nov 08 2024 18:35:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5658824 | ^ MEBN | Nov 08 2024 18:31:40 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 5658820 | + Email/Text: csc.bankruptcy@amwater.com | Nov 08 2024 18:35:00 | Pennsylvania American Water, Attn: Bankruptcy, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 5658822 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2024 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5658823 | ^ MEBN | Nov 08 2024 18:32:10 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5658827 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 08 2024 18:35:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Vlg, CO 80111-4720 |
| 5658828 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2024 18:40:13 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5658829 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 08 2024 18:35:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 5658832 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 08 2024 18:40:06 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Jessica Ann Funk help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co |

m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Robert Shearer

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jessica Ann Funk,
aka Jessica Kaminski,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−02538−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: December 16, 2024<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 8, 2024 |

ntnew341 (09/23)