United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jessica Ann Funk  
    Debtor

Case No. 24-02538-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 05, 2024      Form ID: pdf010      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jessica Ann Funk, 443 Follies Rd, Dallas, PA 18612-9532 |
| 5658814 | | Fidelity Dep & Disc Ba, 5338 Washington Avenue, Scranton, PA 18503 |
| 5658817 | | Lake-Lehman School District, 1237 Market St, Lehman, PA 18627 |
| 5658818 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5658825 | | Robertson, Anschutz, Schneid, Crane & Partners, PL, c/o Kayleigh Zeron, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 5658826 | | Service Electric Cable TV and Communications, Inc., 2260 Avenue A LVIP #1, Bethlehem, PA 18017 |
| 5658830 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 5658831 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 05 2024 18:41:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5658808 | | Email/Text: bncnotifications@pheaa.org | Dec 05 2024 18:41:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5658809 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2024 18:46:36 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5658811 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2024 18:41:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5658812 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2024 18:46:02 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5658813 | | Email/Text: mrdiscen@discover.com | Dec 05 2024 18:41:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5660352 | | Email/Text: mrdiscen@discover.com | Dec 05 2024 18:41:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5662404 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 05 2024 18:41:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 5658815 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2024 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5658810 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2024 18:45:13 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203 |
| 5658816 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2024 18:41:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5658819 | | Email/Text: camanagement@mtb.com | Dec 05 2024 18:41:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5670812 | + | Email/Text: camanagement@mtb.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Dec 05 2024 18:41:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5673011 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 18:41:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 5661723 | + | Email/Text: RASEBN@raslg.com | Dec 05 2024 18:41:00 | Newrez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5658821 | | Email/Text: fesbank@attorneygeneral.gov | Dec 05 2024 18:41:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5658824 | ^ | MEBN | Dec 05 2024 18:35:56 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 5658820 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 05 2024 18:41:00 | Pennsylvania American Water, Attn: Bankruptcy, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 5658822 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5658823 | ^ | MEBN | Dec 05 2024 18:36:00 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5658827 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 05 2024 18:41:00 | Specialized Loan Servicing LLC, 6200 S Quebec St Ste 300, Greenwood Vlg, CO 80111-4720 |
| 5658828 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2024 18:45:55 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5658829 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2024 18:41:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 5658832 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 05 2024 18:57:53 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

**Name**              **Email Address**

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Jessica Ann Funk help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Robert Shearer | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Jessica Ann Funk aka Jessica Kaminski | | |
|---|---|---|
| Debtor 1 | Chapter: | 13 |
| | Case No.: | 5:24-bk-02538-MJC |

ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

List of Creditors (Mailing Matrix)

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee is hereby discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 5, 2024

Case 5:24-bk-02538-MJC    Doc 18    Filed 12/07/24    Entered 12/08/24 00:24:11    Desc
Imaged Certificate of Notice    Page 4 of 4